United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY HAROLD KELLY, | No. C 06-5057 MHP |
| Plaintiff, | **ORDER** |
| v. | **(Dismissal of Matter for Lack of Prosecution)** |
| CLARKE, OFFICER, BADGE # 15052, et al., | |
| Defendants. | |

This matter, having come on regularly on January 8, 2007, for a hearing on the Court's Order to Show Cause, and no parties there appearing, and this not being the first such failure to appear in this action, therefore,

The Court hereby dismisses this matter, without prejudice, for lack of prosecution, and failure to obey this Court's Orders, and instructs the clerk of the Court to close the file.

Dated:   Jan. 10, 2007

MARILYN HALL PATEL
Chief Judge, United States District Court